UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| AIMEE MOORE,<br><br>        Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:24-CV-15-D-KS** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on June 20, 2024 [DE 14], the court reverses the Commissioner's decision and remands this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

<u>This Judgment filed and entered on June 20, 2024, and copies to</u>:
Counsel of record for the parties (via CM/ECF electronic notification)


June 20, 2024                                                    Peter A. Moore, Jr.
                                                                               Clerk of Court



                                                                       By: /s/ Stephanie Mann
                                                                            Deputy Clerk