# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
### Civ. No. 7:24-CV-00015-D-KS

| | |
|---|---|
| AIMEE MOORE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| | ) **ORDER** |
| MARTIN O'MALLEY,<br>Commissioner of<br>Social Security, | )<br>)<br>)<br>) |
| Defendant. | ) |

The Court hereby awards Plaintiff $5,100.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Kyle Arrowood and mailed to his office at Arrowood & Hall, PLLC, PO Box 58129, Raleigh, NC, 58129, in accordance with Plaintiff's assignment to her attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This **4** day of September, 2024.

*[Signature]*
JAMES C. DEVER III
United States District Judge